UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DOUGLAS BYE, <br>     Petitioner, <br> v. <br> JOHN MARSHALL, Warden, <br>     Respondent. | CV 11-2373 JSL (AN) <br><br> JUDGMENT |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 11, 2011

_____
J. Spencer Letts
United States District Judge